# Commonwealth of Massachusetts

MIDDLESEX, SS.

SUPERIOR COURT
Civil Action

No. 2000-3428

Plaintiff(s): Sallie Mae Servicing Corp

vs.

Defendant(s): Soumen Nandy

## JUDGMENT PURSUANT TO M.R.C.P. 55(b)(1)

The plaintiff having filed a request for default judgment pursuant to M.R.C.P. 55(b)(1), it is ordered and adjudged.

That the plaintiff Sallie Mae Servicing Corp recover of the defendant Soumen Nandy the sum of $12,058.79 with interest from 7-24-00 in the sum of $10,328.70 as provided by law, and its cost.

_Assistant Clerk_

Entered: 10-4-01

copies mailed 10/4/2001

---

MIDDLESEX, ss.  **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this eighteenth day of June 2003.

Theresa R. Kelly
Deputy Assistant Clerk

**Servicing**

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

SUP CT OF MI D DLESEX COUNTY
40 THORNDIKE ST
CAMBRIDGE        MA    02141-1715

ACCOUNT NUMBER: 2560020852601

Dear SUP CT OF MI D DLESEX COUNTY,                                07/02/03

### ASSIGNMENT OF JUDGMENT

I, CAROLYN PIPER, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $75,144.90, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 10/04/01, docketed in MIDDLESEX, Case No. 2000-3428,
against  SOUMEN NANDY,  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-1, for
$75,144.90 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  2ND of JULY, 2003.

_____
(Signature)

Sworn before me this ___7___ day of _____, 20___.

_____ Affiant ___ is known to me personally
                              ___ provided valid identification
                              Type of identification provided:

My commission expires _____

Hanover Twp, County of Luzerne
My Commission Expires May 6, 2004

PHONE (800) 251-4127    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS

256028526156219797



L100    LPCJP0        4880